# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVERN CHARLES FASTHORSE,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 80543

**FILED**

MAR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion for Conservation Camp Credit and Pre-sentencing Good Time/Work Time Credit Pursuant to NRS 209.4465 Sub Sec. 2 and 4." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

20-10478

cc: Hon. Jacqueline M. Bluth, District Judge
Lavern Charles Fasthorse
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk